**Gary and Bessie Ann FISH, Plaintiffs–Respondents,**

v.

**Albert BIZELLI, et al., and ST. Charles County, Defendants,**

**Easton and Lisa Wade, Wilbur and Lois Brooks, Intervenors– Appellants.**

**Nos. ED 79150, ED 79267.**

Missouri Court of Appeals, Eastern District, Division Four.

Dec. 11, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 4, 2002.

Application for Transfer Denied March 19, 2002.

David T. Hamilton, St. Charles, MO, for appellants.

Donald A. Baerveldt, Aaron M. Staebell, St. Charles, MO, for respondents.

Harold A. Ellis, St. Charles, MO, Amicus Curiae.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN and LAWRENCE E. MOONEY, JJ.

## ORDER

PER CURIAM.

Appellants Albert Bizelli et al. appeal the trial court's judgment that a roadway located in St. Charles County was not dedicated to public use by common-law dedication. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).